UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADVANTEK MARKETING, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SHANGHAI WALK-LONG TOOLS CO., LTD.; NEOCRAFT TOOLS CO., LTD.; ORION FACTORY DIRECT; and DOES 1-10 inclusive,<br><br>　　　　Defendants.<br><br>SHANGHAI WALK-LONG TOOLS CO., LTD.,<br><br>　　　　Counter-Claimant,<br><br>　　vs.<br><br>ADVANTEK MARKETING, INC.,<br><br>　　　　Counter-Defendant. | Case No. 2:16-CV-3061-R(FFMx)<br>Hon. Manuel L. Real<br>Magistrate Hon. Frederick F. Mumm<br><br>**ORDER GRANTING JOINT STIPULATION TO DEFER THE FILING OF ANY CLAIM FOR FEES OR COSTS**<br><br>FSC:　February 27, 2017<br>Trial:　March 28, 2017 |

## **ORDER**

The Court hereby exercises its discretion to defer the filing of any claim for fees or costs until after the date (a) the United States Court of Appeals for the Federal Circuit issues a mandate relating to any appeal of the Court's Order granting defendants' motion for judgment on the pleadings or (b) plaintiff's right to appeal the Court's Order under the Federal Rules of Appellate Procedure expires.

Dated: December 2, 2016

_____
Honorable Manuel L. Real
United States District Court Judge

Respectfully Submitted:

Dated:  December 1, 2016

BROWNE GEORGE ROSS LLP
Peter W. Ross
Keith J. Wesley

RINCON VENTURE LAW GROUP
K. Andrew Kent

By     */s/ Keith J. Wesley*
Keith J. Wesley
Attorneys for Plaintiff and Counter Defendant Advantek Marketing, Inc.

Dated:  December 1, 2016

PROGRESS LLP
Perry M. Goldberg
Lynne M. Brennan

By     */s/ Lynne M. Brennan*
Lynne M. Brennan
Attorneys for Defendants and Counterclaim Plaintiff Shanghai Walk-Long Tools Co., Ltd. and Neocraft Tools Co., Ltd.