JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADVANTEK MARKETING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SHANGHAI WALK-LONG TOOLS CO., LTD.; NEOCRAFT TOOLS CO., LTD.; ORION FACTORY DIRECT; and DOES 1-10 inclusive, <br><br> Defendants. | Case No. 2:16-CV-3061-R(FFMx) <br> Hon. Manuel L. Real <br> Magistrate Hon. Frederick F. Mumm <br><br> **JUDGMENT** <br><br> FSC:  February 27, 2017 <br> Trial: March 28, 2017 |
| SHANGHAI WALK-LONG TOOLS CO., LTD., <br><br> Counter-Claimant, <br><br> vs. <br><br> ADVANTEK MARKETING, INC., <br><br> Counter-Defendant. | |

# JUDGMENT

Judgment is hereby entered in favor of defendants Shanghai Walk-Long Tools Co., Ltd. and Neocraft Tools Co., Ltd. and against plaintiff Advantek Marketing, Inc. on plaintiff's claim for infringement of U.S. Design Patent No. D715,006.

Dated: December 2, 2016

_____
Honorable Manuel L. Real
United States District Court Judge

Respectfully Submitted:

Dated: December 1, 2016          BROWNE GEORGE ROSS LLP
                                               Peter W. Ross
                                               Keith J. Wesley

                                            RINCON VENTURE LAW GROUP
                                               K. Andrew Kent

                                            By   */s/ Keith J. Wesley*
                                                     Keith J. Wesley
                                            Attorneys for Plaintiff and Counter Defendant
                                            Advantek Marketing, Inc.


Dated: December 1, 2016          PROGRESS LLP
                                             Perry M. Goldberg
                                             Lynne M. Brennan


                                            By   */s/ Lynne M. Brennan*

                                            Attorneys for Defendants and Counterclaim
                                            Plaintiff Shanghai Walk-Long Tools Co., Ltd.
                                            and Neocraft Tools Co., Ltd.