# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-3061 AG (FFMx) | Date | September 3, 2019 |
|---|---|---|---|
| Title | Advantek Marketing, Inc. v. Shanghai Walk-Long Tools Co., Ltd., et al. | | |

Present: The Honorable Frederick F. Mumm, United States Magistrate Judge

| James Munoz | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Attorneys Present for Defendant:

None Present  None Present

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH DISCOVERY OBLIGATIONS**

On August 30, 2019, plaintiff Advantek Marketing, Inc., filed a motion to compel defendant Shanghei Walk-Long Tools Co., Ltd. ("Defendant") to produce witnesses for deposition and to produce documents. (Docket No. 75.) Plaintiff contends that defendant has failed to designate witnesses for deposition, despite plaintiff's service of deposition notices. Plaintiff also contends that defendant has failed to cooperate in the preparation of a joint stipulation on the motion to compel. Given the foregoing, Defendant is ordered to show cause within 10 days of the date of this order, if any it has, why its answer should not be stricken for failure to comply with its discovery obligations pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court.

IT IS SO ORDERED.

:

Initials of Preparer   JM