JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| ADVANTEK MARKETING, INC., | CASE NO. 2:16-cv-03061-AG-FFM |
| Plaintiff, | **ORDER RE STIPULATION OF DISMISSAL** |
| vs. | |
| SHANGHAI WALK-LONG TOOLS CO., LTD.; NEOCRAFT TOOLS CO., LTD.; ORION FACTORY DIRECT, and DOES 1-10 inclusive, | |
| Defendants. | |

**ORDER**

Plaintiff Advantek Marketing, Inc. and Defendants Shanghai Walk-Long Tools Co., Ltd. and Neocraft Tools Co., Ltd.'s stipulation to dismiss this action is approved. Accordingly, all claims and counterclaims in this action are dismissed with prejudice.

IT IS SO ORDERED.

Dated: January 17, 2020 _____

Hon. Andrew J. Guilford

U.S. District Judge